HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
ERIN SNIDER, OR Bar #116342
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RICHARD DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00213-LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| vs. | Date:  June 1, 2015<br>Time:  1:00 p.m. |
| RICHARD DIAZ, | Judge: Hon. Sheila K. Oberto |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Kimberly A. Sanchez, Counsel for the Plaintiff, and Assistant Federal Defenders, Jerome Price and Erin Snider, Counsel for Defendant, Richard Diaz, that the status conference currently set for April 20, 2015 at 1:00 p.m., before Magistrate Sheila K. Oberto, **may be continued to June 1, 2015 at 1:00 p.m.**

The reason for this continuance is that there will be no status conference calendar on April 20, 2015.  The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for effective defense preparation and continued plea negotiations pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

///

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| Date:  April 6, 2015 | */s/ Kimberly A. Sanchez*<br>KIMBERLY A. SANCEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: April 6, 2015 | */s/  Jerome Price*<br>JEROME PRICE<br>ERIN SNIDER<br>Assistant Federal Defenders<br>Attorneys for Defendant<br>RICHARD DIAZ |

**O R D E R**

IT IS SO ORDERED.

Dated:   **April 7, 2015**             **/s/ Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE

-2-