HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00213 LJO-SKO |
| Plaintiff, | **APPOINTMENT ORDER** |
| vs. | |
| RICHARD DIAZ, | |
| Defendant. | |

Pursuant to General Order No. 563 and the provisions of the Criminal Justice Act, 18 U.S.C. §§ 3006A(a)(1) and (c), the Office of the Federal Defender is appointed to represent this defendant-movant, RICHARD DIAZ, to determine whether he may qualify for relief under either 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in light of the Supreme Court's decision in *Johnson v. United States,* 135 S. Ct. 2551 (2015), and to present any petitions, motions, or applications relating thereto for disposition.  Due to a conflict, the Federal Defender respectfully requests that the Office of the Federal Defender be relieved from assuming appointment in the above captioned case and that attorney

**Katherine Louise Hart**
Law Offices of Katherine Hart
1600 Fulton Street, Suite 120
Fresno, Ca 93721
(559) 412-8900
(559) 256-9798 (fax)
kbackpacker2000@yahoo.com

be appointed counsel for Mr. Diaz for *Johnson* matters, further proceedings in district court, and

any resulting appeal.

Dated: June 3, 2016　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　　　/s/ Charles J. Lee
　　　　　　　　　　　　　　　　　　　　　　CHARLES J. LEE
　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　Branch Chief, Fresno Office

　　　　I accept the appointment and ask the order to be granted.

Dated: June 3, 2016　　　　　　　　　　　　　/s/ Katherine Hart
　　　　　　　　　　　　　　　　　　　　　　KRISTA HART
　　　　　　　　　　　　　　　　　　　　　　Attorney At Law

IT IS SO ORDERED.

　　　Dated:　**June 6, 2016**　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE