# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff-Respondent,<br><br>　v.<br><br>RICHARD DIAZ,<br><br>　　　　　　　Defendant-Petitioner. | CASE NO. 1:14-CR-00213-LJO-SKO-1<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(ECF NO. 29) |

On October 26, 2016, Petitioner Richard Diaz, through counsel, filed a motion pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"), raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). *See* ECF No. 29. Accordingly,

**IT IS HEREBY ORDERED** that from the date of Petitioner's filing, the Government shall file a response to Petitioner's Section 2255 Motion within **30 days**. From the date of the Government's filing, Petitioner shall have **30 days** to file a reply.

IT IS SO ORDERED.

　Dated: __October 28, 2016__　　　　　　___/s/ Lawrence J. O'Neill___
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE