PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00213 LJO |
| Plaintiff, | STIPULATION TO EXTEND GOVERNMENT'S TIME TO FILE A RESPONSE |
| v. | |
| RICHARD DIAZ, | |
| Defendant. | |

　　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Katherine Hart, attorney for the Defendant, that the deadline for the government's response to the Defendant's Motion pursuant to Title 28, United States Code, Section 2255 be extended for two weeks resulting in the response now due on or before November 25, 2016 being extended to a due date of on or before December 12, 2016  The reason for the request is that the government needs additional time to prepare a response to the motion in part so that undersigned counsel can take off of work for the Thanksgiving holiday, November 24 and November 25, 2016.  Additionally, undersigned counsel has had numerous time-consuming obligations between the date of the order, October 28, 2016 and this date.  Undersigned counsel is lead counsel on a case involving approximately 20 defendants, multiple indictments, and multiple state and federal wiretaps that resulted in arrests and search warrants being served on November 3, 2016.  Since that time, undersigned counsel has had to prepare

Stipulation                                         1

numerous indictments, prepare for numerous detention hearings, and work on making sure thousands of pages of discovery got disseminated to defense counsel. The government consulted with defense counsel, and she has no objection to the requested extension of time.

Dated: November 23, 2016                    Respectfully submitted,

                                                            PHILLIP A. TALBERT
                                                           United States Attorney

                                                     By     /s/ Kimberly A. Sanchez
                                                          KIMBERLY A. SANCHEZ
                                                          Assistant U.S. Attorney

Dated: November 23, 2016                    /s/ Katherine Hart
                                                          KATHERINE HART
                                                          Attorney for Defendant

IT IS SO ORDERED.

Dated:   **November 28, 2016**             **/s/ Lawrence J. O'Neill**
                                                                      UNITED STATES CHIEF DISTRICT JUDGE