HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:14-CR-00213 LJO-SKO |
| ) | |
| *Plaintiff,* ) | **APPLICATION AND ORDER** |
| ) | **APPOINTING CJA PANEL** |
| vs. ) | **COUNSEL** |
| ) | |
| RICHARD DIAZ, ) | |
| ) | |
| *Defendant,* ) | |
| ) | |

Defendant, Richard Diaz, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel.

Mr. Diaz submits the attached Financial Affidavit as evidence of his inability to retain counsel.  On September 16, 2019, an Order re Petition for violation of Supervised Release was filed and the Court issued an Arrest Warrant. On September 18, 2019, a Superseding Petition was filed re Supervised Release violation and is still pending. Mr. Diaz is currently in custody on a state case and is ineligible for release on bail so long as a federal hold pertaining to the Violation petition remains in place. Accordingly, counsel is needed to place the federal matter on calendar so he can be arraigned and the matter of detention addressed. There is urgency to this request given the significantly heightened risk of remaining in custody during the global pandemic.

Therefore, after reviewing his Financial Affidavit attached, it is respectfully recommended that CJA panel counsel be promptly appointed.

DATED: April 15, 2020 /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints panel counsel pursuant to 18 U.S.C. § 3006A.

DATED: April 15, 2020

HONORABLE BARBARA A. MCAULIFFE
UNITED STATES DISTRICT JUDGE

-2-

CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES  ☑ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER (Specify below)
IN THE CASE OF

| | |
|---|---|
| United States  v.  Richard Diaz | FOR |
| | AT |

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
Richard Diaz

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge

District Court
1:14 CR 00213

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)  ☑ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed?  ☐ Yes  ☑ No  ☐ Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____
If married, is your spouse employed?  ☐ Yes  ☑ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☑ No
RECEIVED    SOURCES
IF YES, give the amount  $ _____
received and identify the  $ _____
sources  $ _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts?  ☐ Yes  ☑ No  IF YES, total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No
VALUE    DESCRIPTION
IF YES, give value and description for each  $ _____
$ _____
$ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
__ Single
✓ Married
__ Widowed
__ Separated or Divorced
Total No. of Dependents _____

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| None Client is in Custody | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)
*Serita Rios* (SERITA RIOS) FOR DEFENDANT WHO WAS INTERVIEWED OVERPHONE

Date: 04/14/2020